IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00056-MR
[CRIMINAL CASE NO. 1:09-cr-00087-MR-1]

| | |
|---|---|
| CHAD STEVEN HUMPHRIES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Respondent's Motion to Dismiss on January 3, 2013. [Doc. 7].

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Petitioner, who is proceeding *pro se*, that he has a right to respond to Respondent's motion. The Court also advises Petitioner that failure to respond may result in dismissal of his petition.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner shall respond to the pending Motion to Dismiss [Doc. 7] no later than sixty (60) days from entry of this Order. Failure to file a timely response will likely lead to the dismissal of this lawsuit.

2. The Clerk of Court is directed to send a copy of this Order to the pro se Petitioner by certified U.S. mail, to the following address: Chad Stevens Humphries, 23644-058, Edgefield Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 725, Edgefield, SC 29824.

**IT IS SO ORDERED.**

Signed: January 17, 2013

Martin Reidinger
United States District Judge