# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Chad Steven Humphries, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:12-cv-00056-MR and  1:09-cr-00087-MR-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| USA , | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2013 Order.

September 3, 2013

Frank G. Johns, Clerk
United States District Court