**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 1:12-cv-00056-MR
[Criminal Case No. 1:09-cr-00087-MR-1]**

| | |
|---|---|
| CHAD STEVEN HUMPHRIES,       )<br>                                                          )<br>              Petitioner,             )<br>                                                          )<br>    vs.                                           )<br>                                                          )<br>UNITED STATES OF AMERICA,  )<br>                                                          )<br>              Respondent.           )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion for Status Report. [Doc. 15].

In the motion, Petitioner seeks information from the Court regarding the status of his pending motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court dismissed and denied Petitioner's motion with prejudice on September 3, 2013. [Docs. 13, 14].

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion for Status Report [Doc. 15] is **DENIED AS MOOT**. The Clerk shall terminate the pending motion and mail to Petitioner a copy of this Court's Order and Judgment entered September 3, 2013.

**IT IS SO ORDERED.**   Signed: April 4, 2014

Martin Reidinger
United States District Judge